Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Jose Luis Alvarez**

Case Number: **2:13CR00018**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 21, 2015**

Original Offense: **Conspiracy to Commit Mail and Wire Fraud**

Original Sentence: **12 Months and one day prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 1, 2016**

## SUMMARY

Mr. Alvarez has submitted a request to travel Mexicali, Baha California to visit his wife from December 23, 2016, to January 3, 2017. Mr. Alvarez plans on driving his personal vehicle to and from Mexicali.

Mr. Alvarez is currently in compliance with all conditions of supervised release and has not incurred any known violations. The probation office respectfully requests that Mr. Alvarez be allowed to travel to Mexicali. The offender is aware that if the Court does not authorize travel, he must remain in the United States until he satisfactorily completes his term of supervised release.

Respectfully submitted,

Jodona L. Brown
*Jodona L. Brown* 2016.11.10
15:09:55 -08'00'

Jodona L. Brown
United States Probation Officer

RE: Jose Luis Alvarez

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

Todd Fredlund
2016.11.08
14:54:36 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

X    Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other


Signature of Judicial Officer

November 29, 2016

Date