Form 12 - Travel
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

### REQUEST FOR TRAVEL OUTSIDE
### THE CONTIGUOUS UNITED STATES

Name of Offender: **Jose Luis Alvarez**

Case Number: **2:13CR00018**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 21, 2015**

Original Offense: **Conspiracy to Commit Mail and Wire Fraud**

Original Sentence: **12 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 1, 2016**

### SUMMARY

On January 26, 2017, Mr. Jose Alvarez submitted a travel request for Mexicali, Mexico, from April 7 – 18, 2017.  The purpose of the travel is to see his wife Veronica, and celebrate her birthday.  Mr. Alvarez will reside at 391 Quintanaroo #5 Col. Nueva Esperanza, Mexicali B.C.N. 21101, for the duration of the trip.

If approved, Mr. Alvarez will drive his personal vehicle.  Mr. Alvarez estimates the cost of the trip as $200.00, which his father is paying.

Currently, Mr. Alvarez is in compliance with his conditions of supervision.  The Probation Office respectfully requests that Mr. Alvarez be permitted to travel to Mexico on the aforementioned dates.  Mr. Alvarez is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

RE: Jose Luis Alvarez

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

*Tawni Lea Salem*
Tawni Lea Salem
2017.02.01 12:59:18 -08'00'

Tawni Salem
United States Probation Officer

Approved:

*Robert G. Aquino*
Robert G. Aquino
2017.02.01 13:08:16 -08'00'

Robert Aquino
Supervisory United States Probation Officer

### THE COURT ORDERS

X   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

*James C. Mahan*
Signature of Judicial Officer

February 9, 2017
Date